UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. HAZELAAR,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CRUZ; et al.,<br><br>    Defendants.<br>                                              / | No. C 11-3204 SI (pr)<br><br>**ORDER OF DISMISSAL** |

    Larry J. Hazelaar, an inmate at the Santa Cruz County Jail, filed a *pro se* civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint and dismissed it with leave to amend to cure several deficiencies. Docket # 5. The order of dismissal with leave to amend gave Hazelaar more than a month to prepare his amended complaint.

    Within a week, Hazelaar responded with a nine-page letter on which he wrote, "read this nine pages Junior, you might learn something!" Docket # 7, p. 1 The letter does not appear to be an amended complaint, and construing it to be an amended complaint would not aid Hazelaar because it does not cure the deficiencies identified in the order of dismissal with leave to amend. Most of the nine pages are devoted to complaining about the criminal proceedings against him, and scant attention is paid to the medical care claim that was dismissed with leave to amend. His statements about the medical care do not suffice to cure the deficiencies because he did not comply with the court's direction to "(a) describe the medical need, (b) identify the date on which the medical treatment was refused, (c) identify who refused to provide medical treatment, (d) describe how he alerted that person to his need for medical treatment, and (e) state how the refusal to provide medical treatment affected him." Docket # 5, p. 4.

    Hazelaar did not file an amended complaint and the deadline by which to file an amended

complaint has long passed. Accordingly, this action is dismissed for failure to comply with the court's order to file an amended complaint that cures the deficiencies in the complaint.

    IT IS SO ORDERED.

Dated: March 5, 2012

_____
SUSAN ILLSTON
United States District Judge