UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. HAZELAAR, | No. C 11-3204 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SANTA CRUZ; et al., | |
| Defendants. | |

This action is dismissed for failure to comply with the court's order to file an amended complaint that cures the deficiencies in the complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 5, 2012

_____
SUSAN ILLSTON
United States District Judge