1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7

8   LARRY J. HAZELAAR,                          No. C 11-3204 SI (pr)

9            Plaintiff,                         **JUDGMENT**

10      v.

11   COUNTY OF SANTA CRUZ; et al.,

12          Defendants.

13   _____/

14      This action is dismissed for failure to comply with the court's order to file an amended

15   complaint that cures the deficiencies in the complaint.

16

17      IT IS SO ORDERED AND ADJUDGED.

18

19   Dated: March 5, 2012      _____

20                              SUSAN ILLSTON
                                United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California